## STATE v. DANIEL SHOULDERS.

### *Appeal in Forma Pauperis.*

If the affidavit for an appeal *in forma pauperis* fails to allege that it is taken in good faith, the appeal will be dismissed.

APPEAL from Spring Term, 1892, of BERTIE Superior Court. Motion of the Attorney General to dismiss.

No counsel appeared for defendant.

CLARK, J.: The affidavit for leave to appeal *in forma paueris*, is fatally defective under *The Code*, § 1235, in that it does not state that the application is in good faith. The motion of the Attorney General must, therefore be allowed. *State* v. *Wylde*, 110 N. C., 500, and numerous cases there cited.                    Appeal dismissed.